IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRADLEY E. KLINE,** | : | |
| Plaintiff | : | |
| | : | No. 1:15-cv-02468 |
| v. | : | |
| | : | (Judge Kane) |
| **TRAVELERS PERSONAL SECURITY INSURANCE COMPANY,** | : | |
| | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, on this 9th day of May 2016, **IT IS HEREBY ORDERED THAT** Plaintiff Bradley E. Kline's motion to remand (Doc. No. 5), is **GRANTED,** and the above-captioned case is **REMANDED** to the Court of Common Pleas of York County, Pennsylvania for further action.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
